# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No. 07-3103-01-02-03-CR-S-GAF |
| | ) | |
| COLTON INMON, JAMES COOPER, and WADE BOHMONT, | ) ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Now pending before the Court are Defendants' Motions to Suppress Evidence (Docs. #38, 40 and 44). Defendants assert that any evidence seized and statements made in this case, as a result of a search of a motel room on May 18, 2006, should be suppressed. A hearing was held before the Honorable James C. England, Chief United States Magistrate Judge.

On April 2, 2008, Judge England issued his Report and Recommendation. On April 21, 2008, Defendant Inmon filed his Objections to the Report and Recommendation; on April 26, 2008, Defendant Bohmont filed his Objections to the Report and Recommendation; and on May 5, 2008, Defendant Cooper filed his Objections to the Report and Recommendation.

Upon careful and independent review of the pending motions, the Defendants' objections to the Magistrate's Report and Recommendation, as well as the applicable law, this Court hereby adopts and incorporates as its own Opinion and Order the Report and Recommendation of Chief United States Magistrate Judge James C. England.

Accordingly, it is hereby ORDERED that the Defendants' Motions to Suppress Evidence (Docs . #38, 40 and 44) are OVERRULED and DENIED.

SO ORDERED.

s/ Gary A. Fenner<br>
GARY A. FENNER, JUDGE<br>
UNITED STATES DISTRICT COURT

DATED:  May 7, 2008